IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM P. GUNTER,**<br><br>*Plaintiff*<br><br>v.<br><br>**DREXEL UNIVERSITY,**<br><br>*Defendant* | **Case No. 2:23-cv-02451-JDW** |

### ORDER

**AND NOW**, this 28th day of September, 2023, it is **ORDERED** that the pretrial conference, currently scheduled for October 10, 2023 at 3:00 p.m., is **RESCHEDULED** for October 16, 2023 at 4:00 p.m., in Chambers, Room 12613, at the James A. Byrne U.S. Courthouse located at 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.