IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM GUNTER**,<br><br>*Plaintiff,*<br><br>v.<br><br>**DREXEL UNIVERSITY**,<br><br>*Defendant.* | **Case No. 2:23-cv-02451-JDW** |

## ORDER

**AND NOW**, this 13th day of December, 2023, upon review of Plaintiff Kim Gunter's Motion To Quash Defendant's Objected To Rule 45 Subpoenas Duces Tecum (ECF No. 24), it is **ORDERED** that the Motion is **STRICKEN**, for failure to include a certification that Counsel for the Parties were unable to resolve this discovery dispute after meeting and conferring, as required by both Local Rule of Civil Procedure 26.1(f) and Section II.C.1 of my Policies and Procedures. Counsel's discussions of the issue prior to the service of the subpoenas does not satisfy this requirement.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.