IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM GUNTER**, <br><br> *Plaintiff,* <br><br> v. <br><br> **DREXEL UNIVERSITY**, <br><br> *Defendant.* | **Case No. 2:23-cv-02451-JDW** |

### ORDER

**AND NOW**, this 10th day of June, 2024, upon review of Plaintiff Kim Gunter's Motion To Supplement, Redact, And/Or Seal Exhibits (ECF No. 82), it is **ORDERED** that the Motion is **GRANTED**. To the extent it is necessary, I will consider the additional materials at ECF Nos. 82-2 thru 82-20 when reviewing the Parties' briefing in connection with Defendant Drexel University's dispositive motion. As such, there is no reason for Ms. Gunter to "replace" any exhibits that are already on the docket.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.