IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM GUNTER**, <br><br> *Plaintiff,* <br><br> v. <br><br> **DREXEL UNIVERSITY**, <br><br> *Defendant.* | **Case No. 2:23-cv-02451-JDW** |

### ORDER

**AND NOW**, this 5th day of November, 2024, upon consideration of the Motion For Summary Judgment Of Defendant, Drexel University (ECF Nos. 73, 74, 80), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to Ms. Gunter's claims of: (a) disparate treatment (Counts II & V) and (b) retaliation (Counts III & IV); and

2. The Motion is **DENIED** with respect to Ms. Gunter's hostile work environment claims (Counts I & VI), consistent with the analysis set forth in my Memorandum.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.