IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIM GUNTER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 23-2451 |
| | : | |
| DREXEL UNIVERSITY, | : | |
| Defendant. | : | |
| | : | |

**ORDER**

It is this 21st day of November, 2024, ORDERED, that a phone conference is scheduled for Tuesday, December 3rd, 2024 at 10:00AM. Counsel shall use this phone number and code to dial in, 866-434-5269, 5251418#.

BY THE COURT:

*s/Scott W. Reid*

_____
Honorable Scott W. Reid
U.S. Magistrate Judge