IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM GUNTER**,<br><br>*Plaintiff*,<br><br>v.<br><br>**DREXEL UNIVERSITY**,<br><br>*Defendant*. | **Case No. 2:23-cv-02451-JDW** |

## ORDER

**AND NOW**, this 25th day of March, 2025, it is **ORDERED** that certain deadlines in my prior Order (ECF No. 92) are **AMENDED** as follows:

1. All motions *in limine* shall be filed on or before June 13, 2025, and responses, if any, shall be filed no later than June 27, 2025;

2. On or before July 25, 2025, each party must serve any counterdesignations to designated deposition testimony, as well as a list of any objections to designated testimony;

3. On or before August 8, 2025, each party must serve objections to any counterdesignated deposition testimony, and the parties must then meet and confer in good faith in an effort to resolve all objections to designated deposition testimony;

4. On or before August 22, 2025, the Parties shall submit to the Court all exhibits that the Parties intend to use at trial. If the Parties intend to present evidence electronically, then the exhibits shall be submitted electronically (on a memory stick, CD, or DVD) with each

exhibit as a separate file.  If the Parties do not intend to present evidence electronically, then the exhibits shall be submitted in a binder, with each exhibit separately tabbed.  Exhibits shall be consecutively numbered (*i.e.*, Ex. 1, Ex. 2, etc., rather than P-1, P-2, etc. and D-1, D-2, etc.), and the Parties must confer in advance of the submission to eliminate duplication in the exhibits that they submit.  The exhibits must be accompanied by a table of contents that lists each exhibit and sets forth whether there is an objection to the admission of the document in evidence at the trial and the basis for any such objection;

5. On or before August 22, 2025, the Parties shall submit to the Court all deposition transcripts corresponding to the Parties' deposition designations, but parties are not required to submit transcripts that will be used at trial solely for impeachment;

6. A final pretrial conference will be held on September 4, 2025, at 2:00 p.m. in Chambers Room 12613, United States District Court, 601 Market Street, Philadelphia, PA 19106.  Counsel shall be prepared to discuss any pending *motions in limine*, objections to witnesses, exhibits, deposition designations, time limits, and any stipulations of uncontested facts; and

7. A Bench Trial is scheduled for September 8, 2025, at 9:30 a.m. in Courtroom 12B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.