IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM GUNTER**, *Plaintiff*, v. **DREXEL UNIVERSITY**, *Defendant*. | Case No. 2:23-cv-02451-JDW |

### ORDER

**AND NOW**, this 8th day of July, 2025, upon review of the docket in the above-captioned matter, it is **ORDERED** that Defendant Drexel University's Reply Memorandum Of Law In Further Support Of Its Motion *In Limine* To Preclude Plaintiff From Calling At Trial (1) Former Drexel President, John Fry, (2) Drexel Litigation Counsel Juhwon Lee, And (3) The College Of Engineering's Dean, Sharon Walker (ECF No. 112), is **STRICKEN** as untimely under Section II.B.2 of my Policies and Procedures. It is therefore **FURTHER ORDERED** that Plaintiff Kim Gunter's Sur-Reply In Opposition To Motion *In Limine* Of Drexel University To Preclude Her From Calling At Trial (1) Former Drexel President, John Fry, (2) Drexel Litigation Counsel Juhwon Lee, And (3) The College Of Engineering's Dean, Sharon Walker (ECF No. 114) is **STRICKEN** as well.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.