**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

<table>
<tr><td>

**KIM GUNTER**,

    *Plaintiff,*

v.

**DREXEL UNIVERSITY**,

    *Defendant.*

</td><td>

**Case No. 2:23-cv-02451-JDW**

</td></tr>
</table>

<u>**ORDER**</u>

**AND NOW**, this 9th day of February, 2026, following a bench trial in the above-captioned matter, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that **JUDGMENT** is **ENTERED** against Plaintiff Kim Gunter and in favor of Defendant Drexel University as to the remaining claims in this matter—Counts I and VI of the Second Amended Complaint.

The Clerk of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.